# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

FRED JENNINGS,                                ]
                                              ]
    Petitioner,                              ]
                                              ]
vs.                                           ]   CIVIL ACTION NO. 06-LSC-RRA-1105-S
                                              ]
WARDEN KENNETH JONES                          ]
and THE ATTORNEY GENERAL                      ]
FOR THE STATE OF ALABAMA,                     ]
                                              ]
    Respondents.                             ]

## MEMORANDUM OPINION

    This is a habeas corpus petition. The magistrate judge entered a report and recommendation recommending that the action be dismissed. The petitioner has filed a response to the report and recommendation, in which he "concedes that the magistrate is correct" and states that he has no objection to the report and recommendation. The court has considered the entire file in this action, including the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

    Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. This habeas petition is due to be dismissed. An appropriate order will be entered.

    Done this <u>24th</u> day of <u>July 2006</u>.

                                              L. SCOTT COOGLER
                              UNITED STATES DISTRICT JUDGE
                                                  124153