IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FRED JENNINGS, | ] |
| Petitioner, | ] |
| vs. | ] CIVIL ACTION NO. 06-LSC-RRA-1105-S |
| WARDEN KENNETH JONES and THE ATTORNEY GENERAL FOR THE STATE OF ALABAMA, | ] |
| Respondents. | ] |

**ORDER**

In accordance with the Memorandum Opinion entered contemporaneously herewith, the petition for a writ of habeas corpus is hereby **DISMISSED**. Costs are taxed to the petitioner.

Done this 24th day of July 2006.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153